**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**LEONARDO DAVID BULA-SALAZAR, # A 240-326-871** — **PETITIONER**

**VERSUS** — **CIVIL ACTION NO. 5:26cv564-DCB-BWR**

**WARDEN, ADAMS COUNTY CORRECTIONAL CENTER; NEW ORLEANS FIELD OFFICE DIRECTOR, ICE ENFORCEMENT AND REMOVAL OPERATIONS; ACTING DIRECTOR, IMMIGRATION AND CUSTOMS ENFORCEMENT; MARKWAYNE MULLIN; and TODD BLANCHE** — **RESPONDENTS**

## ORDER TO SIGN

Before the Court is *pro se* Petitioner Leonardo David Bula-Salazar's Notice of Filing Supplemental Exhibits [3]. He failed to place his original signature on the document as required by Rule 11 of the Federal Rules of Civil Procedure. He will be provided an opportunity to correct this deficiency. Accordingly,

**IT IS, THEREFORE, ORDERED** that the Clerk of Court shall mail to *pro se* Petitioner Leonardo David Bula-Salazar a copy of the Notice of Filing Supplemental Exhibits [3], along with a copy of this Order. If Petitioner would like this pleading to remain filed, he is directed to place his signature on the document and return it to the Court on or before September 9, 2026.

**IT IS FURTHER ORDERED** that Petitioner is warned that his failure to comply with this Order in a timely manner will result in the unsigned pleading being stricken from the record without further notice to him. *See*, Fed. R. Civ. P. 11(a). Petitioner is also warned that a failure to timely comply with any order of the Court or failure to keep the Court advised of Petitioner's

current address may result in dismissal of this case.

**SO ORDERED**, this the 26th day of August, 2026.

s/ *Bradley W. Rath*
BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE